# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 6D2024-0241
Lower Tribunal No. 19-CA-1808

———————————————————

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,

Appellant,

v.

REESE F. KING and JANICE A. KING,

Appellees.

———————————————————

Appeal from the Circuit Court for Polk County.
Olin W. Shinholser, Judge.

July 24, 2026

PER CURIAM.

We affirm the final judgment. On the issue of Appellees' recovery of the replacement cost value of their insured loss under the policy issued by Appellant, we affirm for the reasons stated in *Universal Property & Casualty Insurance Co. v. Rodriguez*, 427 So. 3d 676 (Fla. 6th DCA 2026), and likewise certify conflict with *Universal Property & Casualty Insurance Co. v. Qureshi*, 396 So. 3d 564 (Fla. 4th DCA 2024).

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.

David A. Noel and Kara Rockenbach Link, of Link & Rockenbach, P.A., West Palm Beach, for Appellant.

Mark A. Nation, of The Nation Law Firm, Longwood, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED